TOGUT, SEGAL & SEGAL LLP
*Attorneys for Albert Togut,*
*Chapter 7 Trustee*
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut
Neil Berger

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:                                      : Chapter 7

TYT East Corp.                              : Case No. 13-10864 (SHL)

                Debtor.      :

-------------------------------------------------------------X

## AFFIDAVIT OF SERVICE OF SUPPLEMENTAL DECLARATION OF NEIL BERGER PURSUANT TO BANKRUPTCY RULE 2014

STATE OF NEW YORK   )
                         ) ss.:
COUNTY OF NEW YORK )

      KRISTA ACKERMAN, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in New York, New York.

      On January 18, 2017, deponent served a copy of the Supplemental Declaration of Neil Berger Pursuant to Bankruptcy Rule 2014 upon the parties forth on the service list annexed hereto by depositing true copies of same, enclosed in pre-paid, properly addressed wrappers, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                          */s/ Krista Ackerman*
                                                          KRISTA ACKERMAN

Sworn to before me this
18th day of January 2017

    */s/ Cynthia Juliano*
    NOTARY PUBLIC

## SERVICE LIST

Scott Steinberg, Esq.
Law Offices of Scott A. Steinberg
626 RXR Plaza
West Tower
Uniondale, NY 11556

Fen Zheng and Ji Xiong Ni
c/o Andy Wong, Attorney at Law
401 Broadway
Suite 404
New York, NY 10013

Heng Wang & Associates, P.C.
Debtor's Former Counsel
7 Mott Street
Suite 600
New York, NY 10013-5002
Attn: Heng Wang, Esq.

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street
Suite 1006
New York, NY 10014
Attn: Serene K. Nakano, Esq.
      Andrew Velez-Rivera, Esq.

Steven C. Krause
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017-3982

Norma E. Ortiz
Ortiz & Ortiz, LLP
127 Livingston Street
Brooklyn, NY 11201-5129

Laurence Sheller, Esq.
3490 US Route 1 Bldg 7-B
Princeton, NJ 08540